IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TYRUS ALPHONSE WILLIAMS,         )
                                 )
        Plaintiff,               )
                                 )
v.                               )        CASE NO. 2:25-cv-747-ECM
                                 )
ALABAMA DEPARTMENT OF            )
HUMAN RESOURCES, *et al.*,       )
                                 )
        Defendants.              )

**O R D E R**

On December 9, 2025, the Magistrate Judge entered a Recommendation (doc. 20) to which no timely objections have been filed.[1]  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 20) is ADOPTED, and this case is DISMISSED without prejudice.  It is further

ORDERED that all pending motions are DENIED as moot, and all pending deadlines are TERMINATED.

A separate Final Judgment will be entered.

---

[1] The Magistrate Judge recommends that this case be dismissed without prejudice because the Plaintiff moved to proceed *in forma pauperis* ("IFP") but failed to file the Court's long-form application for leave to proceed IFP by the required deadline. (*See* doc. 20).  On March 24, 2026—long after the deadline for filing objections to the Recommendation had passed—the Plaintiff filed a "Renewed Application to Proceed Without Prepayment of Fees or Costs." (Doc. 24).  However, this untimely submission still fails to include a completed long-form application for leave to proceed IFP.  Consequently, it does not change the Court's conclusion that the Recommendation is due to be adopted.

DONE this 3rd day of April, 2026.

                        /s/ Emily C. Marks
                    EMILY C. MARKS
                    UNITED STATES DISTRICT JUDGE